No. 11–871. AEROTEL, LTD. v. TELCO GROUP, INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 11–872. NEW YORK v. WINGATE. Ct. App. N. Y. Certiorari denied. ▮

No. 11–875. RILEY v. AMERICA'S WHOLESALE LENDER ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–877. WEITZ CO., LLC v. TREMCO INCORPORATED OF OHIO. C. A. 11th Cir. Certiorari denied. ▮

No. 11–879. APOTEX, INC., ET AL. v. UNIGENE LABORATORIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 11–888. BRADLEY ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 11–897. DURAN v. J. C. REFINISHING CONTRACTING CORP. ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 11–901. PIPEFITTERS LOCAL 636 INSURANCE FUND ET AL. v. BLUE CROSS BLUE SHIELD OF MICHIGAN. C. A. 6th Cir. Certiorari denied. ▮

No. 11–913. INTERCITY AUTO SALES, INC. v. EVANS ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied. ▮

No. 11–916. MITCHELL ET AL. v. CONAGRA FOODS, INC. C. A. 11th Cir. Certiorari denied. ▮

No. 11–919. MADERO BLASQUEZ ET AL. v. SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 11–929. PURCELL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PURCELL, DECEASED v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮